UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL BULLARD,

Plaintiff,

v.

STEVEN SUNDSTROM,

Defendant.

Case No. 16-cv-12918

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

_____/

## ORDER ACCEPTEDING AND ADOPTING REPORT AND RECOMMENDTION (#23) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#13)

This matter is before the Court on Defendant's Motion for Summary Judgment as to Plaintiff Darryl Bullard's claims for relief for Defendant's alleged violations of his First and Fourteenth Amendment rights. The matter was referred to Magistrate Judge Stephanie Dawkins Davis, who issued a Report and Recommendation on August 14, 2017, recommending that the Court grant Defendant's Motion for Summary Judgment. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the

-1-

Court hereby ACCEPTS and ADOPTS Magistrate Judge Davis's August 14, 2017 Report and Recommendation [#23] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: September 14, 2017

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge